

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00074-CR

Humberto **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11793
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to July 8, 2019. **Further requests for extensions of time in which to file appellant's briefs will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court